IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08CV103-03-MU

PHILLIP L. SMALL,           )
                            )
    Plaintiff,              )
                            )
v.                          )           **O R D E R**
                            )
CATAWBA VALLEY MEDICAL      )
 CENTER; DR. RONALD N. LOCKE )
                            )
    Defendants.             )
_____)

**THIS MATTER** comes before the Court on initial review of Plaintiff's Complaint under 42 U.S.C. § 1983, filed July 25, 2008.[1] (Document No. 1.)

In his Complaint against the Catawba Valley Medical Center and Dr. Ronald V. Locke, Plaintiff contends that he was admitted to the Catawba Valley Medical Center on January 6, 2008 for a hernia operation and was released on January 11, 2006. "Dr. Locke put holes in [his] intestin" [sic] causing Plaintiff to have a colostomy bag for seven months. Plaintiff contends that he is disfigured as a result of the surgery. (Complaint at 4.) By way of relief Plaintiff asks " that the state [] fix [his] stomek [sic] and [that he be] payed [sic] for the pain [he is] going throw [sic]." (Complaint at 5.)

Taking the allegations in Plaintiff's Complaint as true, such allegations do not state a claim for relief pursuant to 42 U.S.C. § 1983. At most, Plaintiff's Complaint states a claim under state law for negligence or medical malpractice. However, neither negligence not malpractice state a

---

[1] Plaintiff's Complaint was initially filed in the Eastern District of North Carolina and was transferred to this Court on September 8, 2008.

constitutional claim. Estelle v. Gamble, 429 U.S. 97, 105-06 (1976); Johnson v. Quinones, 145 F.3d 164, 168 (4th Cir. 1998). Therefore, Plaintiff's Complaint is dismissed for failure to state a claim for relief.

**ORDER**

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Complaint is Dismissed for failure to state a claim for relief.

**SO ORDERED.**

Signed: September 9, 2008

Graham C. Mullen
United States District Judge