# United States District Court
## For The Western District of North Carolina
## Statesville Division

PHILLIP L. SMALL,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:08CV103-3-MU

CATAWBA VALLEY MEDICAL
CENTER AND DR. RONALD N. LOCKE,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2008, Order.

                                        Signed: September 9, 2008

                                        _/s/ Frank G. Johns_

                                        Frank G. Johns, Clerk
                                        United States District Court